IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 1:18-cv-104-AJT-MSN |
| ) | |
| BARACK OBAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### REPORT & RECOMMENDATION

This matter comes before the Court on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. No. 2). In support of the Motion, Plaintiff filed an affidavit that indicates that Plaintiff is unable to pay the costs of these proceedings. Upon consideration of the Motion, the supporting affidavit, and Plaintiff's Complaint (Dkt. No. 1), this Court will conditionally grant Plaintiff leave to proceed *in forma pauperis*. The undersigned Magistrate Judge recommends, however, dismissing Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

### I.   Background

Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), this Court must "dismiss the case at any time if it "determines that . . . the action or appeal—(ii) fails to state a claim on which relief may be granted." In order to state a claim on which relief may be granted, a complaint "must contain sufficient factual matter, accepted as true, to 'state a claim for relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007).

In this case, Plaintiff's Complaint is not entirely clear, but it appears to the Court that Plaintiff attempts to plead, at least in part, that he/she was subjected to electronic surveillance by Defendants in violation of 50 U.S.C. § 1809. *See* Compl. ¶¶ 17, 21–24, 27, 29, 32, 36, 38, 43–45, 50–92. Plaintiff's Complaint, however, does not contain sufficient factual allegations to permit the

Court to determine whether Plaintiff has a colorable claim. For example, Plaintiff failed to plead facts that would permit the Court to conclude that Defendants first "engaged in electronic surveillance" in their official capacities and second, that they "disclose[d] or use[d] information under color of law by electronic surveillance, knowing or having reason to know that the information was obtained through [unauthorized] electronic surveillance." 50 U.S.C. § 1809(a). The Court therefore finds that the pleading is too vague and conclusory to state a claim upon which relief can be granted and appears otherwise frivolous.

## II. Recommendation

For the foregoing reasons, the undersigned GRANTS Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. No. 2) but recommends DISMISSING Plaintiff's Complaint.

## III. Notice

By means of the Court's electronic filing system and by mailing a copy of this Report and Recommendation to Defendants at their address for service of process, the parties are notified as follows. Objections to this Report and Recommendation must be filed within fourteen (14) days of service on you of this Report and Recommendation. Failure to file timely objections to this Report and Recommendation waives appellate review of the substance of this Report and Recommendation and waives appellate review of a judgment based on this Report and Recommendation.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

February 6, 2018
Alexandria, Virginia